■ MICHAEL J. BUCKLEY et al., Respondents, v EDWARD E. GRIFFIN, JR., Appellant, et al., Defendant. (Appeal No. 1.) [636 NYS2d 686] —Appeal unanimously dismissed without costs *(see,*

*Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Allegany County, Sprague, J.—Set Aside Verdict.) Present—Denman, P. J., Pine, Wesley, Balio and Boehm, JJ.